Tibor Nagy, Jr., SBN 007465
Christopher M. Pastore, SBN 026340
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
3430 E. Sunrise Drive, Suite 220
Tucson, AZ  85718
Telephone:  520.544.0300
Fax:  520.544.9675
tibor.nagy@ogletreedeakins.com
christopher.pastore@ogletreedeakins.com

Attorneys for Defendant Corizon Health, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Cosme-Santos,<br><br>    Plaintiff,<br><br>  v.<br><br>Corizon Health, Inc.,<br><br>    Defendant. | No.  2:15-cv-02072-PHX-DGC<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |

The above-captioned lawsuit, which includes claims alleging violations of the Fair Labor Standards Act ("FLSA"), has been settled. Defendant Corizon Health, Inc. ("Corizon" or Defendant" and Maria Cosme-Santos ("Plaintiff") (collectively "the Parties") respectfully move the Court to: (1) approve the Confidential Settlement Agreement ("Agreement") that is being submitted to the Court for *in camera* review and approval.; and (2) enter an Order dismissing with prejudice the above-captioned matter. The parties respectfully submit that this motion should be granted because the proposed Agreement represents a fair and reasonable resolution of a bona fide dispute.

In support of this Joint Motion, the Parties state as follows.

1. Plaintiff and Defendant have reached an agreement to fully and finally settle all of Plaintiff's claims against Defendant and related persons and entities.

2. The terms of that agreement have been reduced to a written Confidential Settlement Agreement.

3. The Parties respectfully submit that this Joint Motion should be granted because the Agreement represents a fair and reasonable resolution of the parties' dispute, which includes whether Plaintiff was employed in a position exempt from the overtime requirements of the FLSA and whether back wages are due and owing.

4. Accordingly, the Parties stipulate that the Agreement represents a fair and reasonable resolution of a bona fide dispute and request the Court to review the Agreement *in camera*, approve it, and dismiss all claims in this action with prejudice, each party to bear its own costs and attorneys' fees as set forth in the Agreement.

RESPECTFULLY SUBMITTED this 28th day of March, 2016.

| LEE & BRAZIEL, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By:  s/Robert Lee<br>Robert Lee<br>J. Derek Braziel<br>Megan Dixon<br>J. Forester<br>1801 N. Lamar Street, Suite 325<br>Dallas, TX  75202<br>Attorneys for Plaintiff | By:  s/ Tibor Nagy, Jr.<br>Tibor Nagy, Jr.<br>Christopher M. Pastore<br>3430 E. Sunrise Drive, Suite 220<br>Tucson, AZ  85718<br>Attorneys for Defendant Corizon Health, Inc. |

24132551.2