1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                          DISTRICT OF ARIZONA

| Maria Cosme-Santos, | No. CV15-02072-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Corizon Health, Inc., | |
| Defendant. | |

Pursuant to the parties' Joint Motion for Approval of Settlement Agreement. Doc. 22.

**IT IS ORDERED**:

1. The Confidential Settlement Agreement and Release is approved in its entirety, and is a fair and reasonable resolution of the parties' bona fide dispute;

2. This matter is hereby dismissed, with prejudice, the parties to bear their respective attorney's fees and costs.

Dated this 30th day of March, 2016.

_____
David G. Campbell
United States District Judge